UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation, and
PAT KENNEDY, individually,

    Plaintiffs,                                                  CASE NO. 8:11-CV-991-RAL-AEP

v.

ADVANCE STORES COMPANY, INC.,
a foreign corporation,

    Defendant.
_____/

**DEFENDANT'S NOTICE REGARDING SETTLEMENT**

        Defendant, Advance Stores Company, Incorporated, by its undersigned counsel, hereby notifies the Court that the parties have reached agreement on settlement.

        1.      On June 23, 2011, Defendant filed a second motion for extension of time to respond to the Complaint, and explained that the parties had made significant progress toward resolving this case and were finalizing the agreement. (D.E. #12). The Court granted the motion and set today (July 8) as the due date for responding to the Complaint. (D.E. #13).

        2.      Defendant now notifies the Court that the parties have reached agreement on all terms of settlement and on the form of the settlement paperwork. All that remains is for the parties to execute the paperwork. When that is done, the parties will file the settlement paperwork with the Court and ask for dismissal of this case with prejudice.

        3.      Pursuant to M.D. Fla. Rule 3.01(g), counsel for Defendant states that he has conferred with counsel for Plaintiffs and counsel for Plaintiffs agrees to this Notice Regarding Settlement.

19482895.1

Dated:  July 8, 2011

                Respectfully submitted,

                /s/James R. Wiley
                James R. Wiley
                Florida Bar Number 374237
                CARLTON FIELDS, P.A.
                Corporate Center Three at International Plaza
                4221 West Boy Scout Boulevard
                Suite 1000
                Tampa, FL  33607
                jwiley@carltonfields.com
                Telephone: (813) 223-7000
                Facsimile:  (813) 229-4133
                Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to John J. Dingfelder, Esq., Of Counsel for Thomas B. Bacon, P.A., Attorney for Plaintiffs.

                /s/James R. Wiley
                Attorney