UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.,

       Plaintiff,

v.                                            CASE NO:  8:11-cv-991-T-26AEP

PAT KENNEDY and ADVANCE
STORES COMPANY,

       Defendants.
_____/

**O R D E R**

The Court has been advised by **Defendant's counsel** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The clerk is directed to term any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on July 8, 2011.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record